**Order entered November 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00587-CR

### BABAK TAHERZADEH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-12037-J**

## ORDER

Before the Court is appellant's November 16, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on December 16, 2020.

/s/    BILL PEDERSEN, III
        JUSTICE